# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160049(61)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CHARTER COUNTY OF WAYNE,
      Plaintiff-Appellant,

v

      SC: 160049
      COA: 339714
      Wayne CC: 17-004750-AW

WAYNE COUNTY RETIREMENT
COMMISSION,
      Defendant-Appellee,
and

WAYNE COUNTY BOARD OF
COMMISSIONERS,
      Intervenor-Appellee.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing her reply is GRANTED. The reply will be accepted as timely filed if submitted on or before October 4, 2019.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2019            

                                          Clerk